STEVEN C. VONDRAN (AZ BAR# 025911)
steve@vondranlaw.com
THE LAW OFFICES OF STEVEN
C. VONDRAN, P.C.
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (877) 276-5084
Facsimile: (888) 551-2252

Attorney for Defendant(s): DAVID L. GOLDFARB
GILLESPIE, SHIELDS & DURANT.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AMY J. LEWIS<br><br>     Debtor,<br>———————————————<br>AMY J. LEWIS,<br><br>     Plaintiff<br><br>     v.<br><br>DAVID L. GOLDFARB<br>GILLESPIE, SHIELDS & DURANT<br><br>     Defendants, | Chapter 7<br><br>BK Case No.: 10-bk-37439-RJH<br><br>[Adversary Proceeding No.: 2:12-AP-01658-RJH]<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS ON BEHALF OF DEFENDANTS DAVID L. GOLDFARB GILLESPIE, SHIELDS & DURANT** |

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

  PLEASE TAKE NOTICE that THE LAW OFFICES OF STEVEN C. VONDRAN, by and through its Attorney, Steven C. Vondran (SBN 025911), do hereby appear as attorneys of record on behalf of defendant(s): DAVID L. GOLDFARB GILLESPIE, SHIELDS & DURANT ("Defendant") in the above referenced cases.

1

NOTICE OF APPEARANCE

Pursuant to Fed. R. Bankr. P. 2002, and 9010, we hereby request that notices given or required to be given in these cases, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the undersigned counsel at the address set forth below:

**The Law Offices of Steven C. Vondran, P.C.**
**2415 E. Camelback Road, Suite 700**
**Phoenix, Arizona, 85016**
**Phone: (877) 276-5084**
**Facsimile: (888) 551-2252**
**Email: steve@vondranlaw.com**

PLEASE TAKE FURTHER NOTICE that neither this request, nor any subsequent appearance, pleading, claim, proof of service, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

1. Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court judge;

2. Right to a trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or United States Constitution;

3. Right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupment, or other matters to which this party is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the foregoing rights, and any other rights at law or equity, are expressly reserved and preserved without exception and with no purpose of conceding jurisdiction in any way by filing this Notice of Appearance.

RESPECTFULLY SUBMITTED

Dated: October 2nd, 2012      THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:    /s/ Steven C. Vondran
        Steven C. Vondran, Esq.

Steve Vondran, Esq. (SBN 025911)
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: (877) 276-5084
Fax: (888) 551-2252
steve@vondranlaw.com
Attorney representing Defendant
DAVID L. GOLDFARB; GILLESPIE, SHIELDS & DURANT.

3

Case 2:12-ap-01658-RJH    Doc 9    NOTICE OF APPEARANCE    Filed 10/03/12    Entered 10/03/12 07:12:11    Desc
Main Document     Page 3 of 5

# CERTIFICATE OF SERVICE

**STATE OF ARIZONA**
**COUNTY OF MARICOPA**

I am employed by *The Law Offices of Steven C. Vondran, P.C.* in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the above-captioned action. My business address is 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016. I am also licensed in California and have an office located at 620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660

On October 3rd, 2012, I served the foregoing document(s) in the within action, described as:

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**

On the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ] **BY MAIL:** By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Newport Beach, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[X] **BY OVERNIGHT COURIER:** I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as forth below, with fees for overnight delivery paid or provided for.

[ ] **BY FAX:** By use of a facsimile machine I transmitted a true copy of the foregoing document(s) to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s) listed above.

[X] **BY ELECTRONIC SERVICE:** The document will be served upon e-filing, via the United States District Court-Arizona CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any party who is a registered user in the case.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3rd, 2012, at Phoenix, Arizona

4

PROOF OF SERVICE

| | | |
|---|---|---|
| Dated: October 3rd, 2012 | | THE LAW OFFICES OF STEVEN C. VONDRAN, P.C. |
| | By: | /s/ Steven C. Vondran |
| | | Steven C. Vondran, Esq. |

Steve Vondran, Esq. (SBN 025911)
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: (877) 276-5084
Fax: (888) 551-2252
steve@vondranlaw.com
Attorney representing Defendant
DAVID L. GOLDFARB; GILLESPIE, SHIELDS & DURANT.

**SERVICE LIST (Electronic filing)**

Chapter 7

BK Case No.: 10-bk-37439-RJH

[Adversary Proceeding No.: 2:12-AP-01658-RJH]

Ms. Amy Lewis
1820 E. Bell De Mar #139.
Tempe, AZ 85283
Santa Monica, CA 90401-2386