Richard D. Elley, 028245
**ELLEY LAW OFFICE**
3303 East Baseline Road # 7-118
Gilbert, Arizona 85234
Telephone: (480) 788-4529
Facsimile: (480) 452-0382
Email: Richard@ElleyLawOffice.com
*Attorney for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| AMY J. LEWIS ) | Case No. 10-bk-37439 RJH |
| ) | |
| Debtor, ) | Adv. No. 2:12-ap-01658 RJH |
| _____ ) | |
| ) | |
| AMY J. LEWIS ) | **NOTICE OF APPEARANCE** |
| ) | **AND REQUEST FOR NOTICE** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM BRYAN WILKERSON, an ) | |
| individual; GILLESPIE, SHIELDS & ) | |
| DURANT, an Arizona law firm. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Elley Law Office by and through Richard D. Elley, hereby enters its appearance as counsel of record for Amy J. Lewis, Plaintiff in the above captioned Adversarial Proceeding.

Elley Law Office hereby requests that all notices for the above titled Adversarial Proceeding case for Amy J. Lewis be served on:

Richard D. Elley, Elley Law Office (Richard@ElleyLawOffice.com)
3303 East Baseline Road #7-118, Gilbert, Arizona 85234
Phone: (480) 788-4529 Fax: (480) 452-0382

| | |
|---|---|
| 1 | And that Elley Law Office be placed on the Master List forthwith. |
| 2 | |
| 3 | **RESPECTFULLY SUBMITTED** this 10th day of October, 2012. |

**ELLEY LAW OFFICE**

By   /s/ Richard D. Elley
    Richard D. Elley
    *Attorney for Plaintiff*

**ELECTRONICALLY FILED**
this 10th day of October 2012, with:

Clerk of the Court
United States Bankruptcy Court
230 North First Avenue, Suite 101
Phoenix, Arizona 85003

**COPIES** of the foregoing mailed
this 10th day of October 2012, to:

Steven C. Vondran
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
    *Attorneys for Defendant*
    *Gillespie, Shields & Durant*

William Bryan Wilkerson
14563 West Gelding Drive
Surprise, Arizona 85379
    *Defendant*

 /s/ Richard D. Elley_____